■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO RIVERA, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered on or about April 28, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Sweeny and Moskowitz, JJ.